IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TROY WINGFIELD, Former
Husband,

      Appellant,

v.

DAWN DRAPEYLO, a/k/a
DAWN WINGFIELD, Former
Wife,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2839

Opinion filed February 25, 2015.

An appeal from the Circuit Court for Nassau County.
Wesley R. Poole, Acting Circuit Judge.

Valarie Linnen, Atlantic Beach, for Appellant.

Chanda L. Rogers, Fernandina Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.